BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JASON T. SALDANA,<br><br>        Plaintiff,<br><br>   vs.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:13-cv-01992-EFB<br><br>STIPULATION TO CONTINUE DUE DATE FOR DEFENDANT'S FILING OF RESPONSE TO PLAINTIFF'S COMPLAINT AND COPY OF THE CERTIFIED ADMINISTRATIVE RECORD |

      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 14 days to file her answer and a copy of the certified administrative record of the administrative proceedings. The current due date is January 9, 2014. The new due date will be January 23, 2014.

      This is the first continuance sought by Defendant. Defendant's counsel requests the continuance due to the fact that the Social Security Administration's records component receives an extensive volume of requests for records nationally, and Defendant requires the additional time requested to properly compile and produce the certified administrative record to be utilized

Stipulation for an Extension of Time; 2:13-cv-01992-EFB    1

1  by all parties in this suit.

2  Therefore, with this Court's approval, the Court's scheduling order shall be extended by

3  14 days, so that Defendant may file her answer and a copy of the certified administrative record

4  on or before January 23, 2014.

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

Dated: January 6, 2014

s/ Young C. Cho by Carolyn Chen*
YOUNG C. CHO
(*As authorized by email on 1/6/2014)
Attorneys for Plaintiff

Dated: January 6, 2014

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ Carolyn B. Chen
CAROLYN B. CHEN
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: January 7 2014

THE HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge