1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Jason T. Saldana

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON T. SALDANA, | Case No.: 2:13-cv-01992-EFB |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate that plaintiff's deadline in which to file his motion for summary judgment shall be extended for a period of 30 days from March 10, 2014, to April 9, 2014, and that all subsequent deadlines set forth in this Court's Scheduling Order shall be extended accordingly.

-1-

This is plaintiff's first request for an extension of time.  Plaintiff Jason Saldana is homeless.  Counsel for plaintiff needs additional time in order to locate plaintiff so that he may discuss important matters regarding his case.  On behalf of plaintiff, counsel respectfully requests that this Court grant this request for an extension for the proper briefing of this matter to the Court.

IT IS SO STIPULATED.

DATE: March 10, 2014                    Respectfully submitted,

                                        LAW OFFICES OF LAWRENCE D. ROHLFING

                                             /s/ *Young Cho*
                                        BY: _____
                                            Young Cho
                                            Attorney for plaintiff JASON T. SALDANA


Date:  March 11, 2014                   BENJAMIN B. WAGNER
                                        United States Attorney


                                    BY:  /s/ *Carolyn B. Chen*
                                         Carolyn B. Chen
                                         Special Assistant United States Attorney
                                         Attorneys for Defendant CAROLYN W. COLVIN
                                         Acting Commissioner of Social Security
                                         (Per email authorization)


**ORDER**

Approved and so ordered.

DATED:  March 13, 2014

                                        _____
                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE