1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Jason T. Saldana

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON T. SALDANA, | Case No.: 2:13-cv-01992-EFB |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate that plaintiff's deadline in which to file his motion for summary judgment shall be extended for a period of 61 days from April 9, 2014, to and including June 9, 2014, and that all subsequent deadlines set forth in this Court's Scheduling Order shall be extended accordingly.

This is plaintiff's second request for an extension of time. Counsel for plaintiff previously requested additional time because Plaintiff Jason Saldana is

-1-

homeless, and counsel could not get in contact with Mr. Saldana to obtain proper direction and guidance regarding his claim.  Counsel has diligently pursued numerous avenues in an attempt to get in contact with Mr. Saldana but without success thus far.  Nevertheless, through counsel's investigative efforts, counsel has obtained certain leads that will hopefully lead to getting in contact with Mr. Saldana.

      On behalf of plaintiff, the parties respectfully request that this Court grant this request for an extension for the proper briefing of this matter to the Court.

      IT IS SO STIPULATED.

DATE: April 10, 2014         Respectfully submitted,

                                      LAW OFFICES OF LAWRENCE D. ROHLFING

                        BY: /s/ *Young Cho*
                                 Young Cho
                                 Attorney for plaintiff JASON T. SALDANA

Date:  April 10, 2014        BENJAMIN B. WAGNER
                                 United States Attorney

                      BY:  /s/ *Carolyn B. Chen*
                             Carolyn B. Chen
                             Special Assistant United States Attorney
                             Attorneys for Defendant CAROLYN W. COLVIN
                             Acting Commissioner of Social Security

**ORDER**

Approved and so ordered.

DATED:  April 10, 2014.

                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE